UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>vs.<br><br>JEFFREY SPANIER (3)<br><br>                       Defendant. | Case No.  12CR0918-BEN<br><br>JUDGMENT OF DISMISSAL |
|---|---|

**FILED**
JUN 0 3 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_   Remand U.S. Court of Appeals to determine dismiss is with or without prejudice.

__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_   the Court has dismissed the case for unnecessary delay without prejudice; or

__    the Court has granted the motion of the Government for dismissal, without prejudice; or

__    the Court has granted the motion of the defendant for a judgment of acquittal; or
      a jury has been waived, and the Court has found the defendant not guilty; or

__    the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

18:371 – Conspiracy; 18:1341 and 2 – Mail Fraud; 18:1343 and 2 - Wire Fraud; 15:78j(b) and 78ff - Securities Fraud

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: May 11, 2016

_____
Hon. Jeffrey T. Miller
United States District Judge